**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

**ELBERT LEE WILLIAMS,**

Petitioner,

v.

**ERIC SELLERS, Warden,**

Respondent.

Civil Action No. 7:12-cv-141 (HL)

## ORDER

Before the Court is the Report and Recommendation of Magistrate Judge Thomas Q. Langstaff on Respondent Eric Seller's Motion to Dismiss (Doc. 52). In his Recommendation, Judge Langstaff states that Respondent's Motion should be granted, which would have the effect of dismissing Petitioner's federal habeas petition based on his failure to exhaust all state remedies. This Court agrees that Petitioner has not exhausted his state remedies, and thus, the Respondent's Motion to Dismiss is granted.

In light of the dismissal, the Court will take no further action on the motions that remain pending in this case.

**SO ORDERED**, this 23rd day of May, 2013.

*s/ Hugh Lawson*_____
HUGH LAWSON, SENIOR JUDGE

ebrs