IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

ELBERT LEE WILLIAMS,                      :
                                          :
              Petitioner,                 :
                                          :
       vs.                                :
                                          :        CIVIL ACTION NO. 7:12-CV-141 (HL)
ERIC SELLERS, Warden,                     :
                                          :
              Respondent.                 :
                                          :
_____:

## ORDER

Petitioner ELBERT LEE WILLIAMS has filed a motion for appointment of counsel.

(Doc. 91).   The United States Magistrate Judge's April 30, 2013 Order and

Recommendation recommended that Petitioner's 28 U.S.C. § 2254 action be dismissed

for failure to exhaust state remedies and that a certificate of appealability ("COA") be

denied.   (Doc. 79).   On May 23, 2013, the Court adopted this Order and

Recommendation in full.   (Doc. 81).   Having already been denied a COA, Petitioner's

motion for appointment of counsel is **DENIED** as moot.

       **SO ORDERED**, this 2nd day of July, 2013.


                                          *s/ Hugh Lawson*_____
                                          HUGH LAWSON, JUDGE
                                          UNITED STATES DISTRICT COURT

lnb